Mark E. Macy
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, WY 82001
T: (307) 632-4100
F: (307) 632-8100
Email: mark@macylaw.net
Wyoming Bar No. 5-2651
Attorney for the Debtor Rich Global, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| In Re: | ) | Case No. 12-20834 |
|---|---|---|
| | ) | Chapter 7 |
| RICH GLOBAL, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

**RICH GLOBAL, LLC'S
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

**COMES NOW** the Debtor, Rich Global, LLC, by and through its counsel of record, Mark E. Macy of Macy Law Office, P.C., pursuant to Fed. R. Bankr. P. 8006, hereby presents its list statement if issues to be presented on appeal, as follows.

1.      The bankruptcy court erred when it failed to find sufficient facts to support its Order, (Doc. # 93), and Judgment, (Doc. # 94), on Trustee's Motion to Approve Settlement (Doc. # 84).

2.      The bankruptcy court erred when it failed to describe a sufficient factual foundation in its Order and Judgment on Trustee's Motion to Approve Settlement.

3.      The bankruptcy court erred when it concluded that the Second Circuit Appeal has a probability of success sufficiently low to approve the Trustee's Motion to Approve Settlement.

4. The bankruptcy court erred when it granted Trustee's Motion to Approve Settlement without determining whether the proposed Settlement Agreement gives the "Learning Annex Parties" no more than they would receive in the claim objection process.

5. The bankruptcy court erred in not applying 11 U.S.C. § 363 to Trustee's Motion to Approve Settlement.

6. The bankruptcy court erred in its Opinion and Judgment Approving Settlement by failing to consider Creditor Rich Dad Operating Company, LLC's offer to indemnify Trustee for the cost of litigating the Second Circuit Appeal.

7. The bankruptcy court erred in finding that the Settlement Agreement at issue is in the best interests of the estate and should be approved.

8. The bankruptcy court erred when it granted Trustee's Motion to Approve Settlement.

9. The bankruptcy court erred when it did not consider the sale of the appeal the Learning Annex, et. al to be against public policy.

**DATED** this 6th day of August, 2013.

                                            **RICH GLOBAL, LLC, the Debtor**

BY:   / s / *Mark E. Macy*
        Mark E. Macy
        Macy Law Office, P.C.
        217 West 18th Street
        Cheyenne, WY 82001
        T: (307) 632-4100
        F: (307) 632-8100

        Attorney for Debtor Rich Global, LCC

| CERTIFICATE OF SERVICE |
|---|

    I, Mark E. Macy, hereby certify that a true and correct copy of the foregoing *Debtor Rich Global LLC's Statement of Issues to be Presented on Appeal* was served electronically upon all interested parties who are registered to receive electronic filing via the CM-ECF System or via US Mail, this 6th day of August, 2013, as follows:

Paul Hunter
Attorney at Law
2616 Central Avenue
Cheyenne, WY 82001

Lee M. Kutner
Kutner Miller Brinen, P.C.
303 East 17th Avenue, Suite 500
Denver, CO 80203

John Young
Markus Williams Young Zimmerman
1700 Lincoln Street, Suite 4000
Denver, CO 80203

James R. Belcher, Esq.
Belcher & Boomgaarden, LLP
237 Storey Blvd., Suite 110
Cheyenne, WY 82009

Jonathan Harris
111Broadway, Suite 402
New York NY 10006

Edwin G. Schallert
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Ethan J. Brinberg
Linquist & Vennum, P.L.L.P
600 17th Street, Suite 1800 South
Denver, CO 80202

/s/ *Mark E. Macy*
Mark E. Macy