Henry F. Bailey, Jr., #5-1681
Dale W. Cottam, #6-2719
Bailey | Stock | Harmon | Cottam | Lopez LLP
P. O. Box 1557
Cheyenne, WY 82003
(307) 638-7745
(307) 638-7749 (fax)
Hank@performance-law.com
Dale@performance-law.com
*Attorneys for Robert T. Kiyosaki and Kim Kiyosaki*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re: ) | |
| ) | |
| RICH GLOBAL, LLC ) | Case No. 12-20834 |
| ) | CHAPTER 7 |
| Debtor. ) | |

**ROBERT T. AND KIM KIYOSAKI'S REPLY TO**
**LEARNING ANNEX'S OBJECTION TO**
**MOTION TO APPROVE SETTLEMENT**

Robert T. and Kim Kiyosaki (the "Kiyosakis"), defendants in the underlying litigation at issue (Case No. 16-cv-00217 before the U.S. District Court for the District of Wyoming), hereby reply to the Objection of Learning Annex Holdings, LLC, Learning Annex, LLC and Learning Annex L.P. to Trustee's Motion to Approve Settlement of Disputes Between the Trustee and Robert Kiyosaki, Kim Kiyosaki, Pele-Kala Corporation, Cashflow Technologies, Inc., BI Capital, LLC, and Rich Dad Operating Company, LLC (Doc. 354) (the "Objection").

The Kiyosakis adopt the *Reply to Learning Annex's Objection to Motion to Approve Settlement* (Doc. 391) filed by Rich Dad Operating Company, LLC, and incorporate that filing by this reference as if fully set forth herein. The Motion to Approve Settlement of Disputes Between the Trustee and Robert Kiyosaki, Kim Kiyosaki, Pele-Kala Corporation, Cashflow Technologies,

Inc., BI Capital, LLC, and Rich Dad Operating Company, LLC (Doc. 336) filed by Trustee Tracy L. Zubrod should be granted.

Dated: March 12, 2019.

**BAILEY | STOCK | HARMON | COTTAM | LOPEZ LLP**

*/s/ Henry F. Bailey, Jr.*
Henry F. Bailey, Jr., #5-1681
221 East 21st Street |P.O. Box 1557
Cheyenne, WY  82003
307-638-7745
307-638-7749 (fax)
Email: Hank@performance-law.com
*Attorney for Robert T. Kiyosaki and Kim Kiyosaki*

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 12, 2019, a copy of the foregoing *Reply of Robert T. and Kim Kiyosaki to Learning Annex's Objection to Motion to Approve Settlement* was served via the Court's electronic mailing service (CM/ECF):

**Tracy L. Zubrod**
Chapter 7 Trustee
1907 House Avenue
Cheyenne, WY 82001
zubrod@aol.com

**Office of the United States Trustee**
308 West 21st Street, Suite 203
Cheyenne, WY 82001

**Ethan J. Birnberg**
Ballard Spahr LLP
1225 17th Street, Su ite 2300
Denver, CO 80202
(303) 454-0534
birnberge@balla rdspahr.com

**Theodore J. Hartl**
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596
303-454-0528
303-296-3956 (fax)
hartlt@ballardspahr.com

**Robert A. Shull**
**Michael R. Scheurich**
**Bradley A. Burns**
**Amanda E. Newman**
**Cassandra C. Markoff**
Dickinson Wright , PLLC
1850 North Central Avenue, Ste 1400
Phoenix, AZ 85004
rshull@dickinsonwright.com

**Jenny M.F. Fujii**
Kutner Miller Brinen, P.C.
303 East 17th Avenue, Suite 500
Denver, CO 80203
jmf@kutnerlaw.com

**Paul Hunter**
2616 Central A venue
Cheyenne, WY 82001
307-637-0212
307-637-0262 (fax)
attypaulhunter@prodigy.net

**Lee M. Kutner**
Kutner Brinen Garber PC
1660 Lincoln Street, Suite 1850
Denver, CO 80264
303-832-2400
303-832-1510 (fax)
lmk@kutnerlaw.com

3

**James R. Belcher**
Crowley Fleck PLL P
152 N. Durbin Street, Suite 220
Casper, WY 82601
307 232 6911
307 265 2307 (fax)
jbelcher@crowleyfleck.com

**Jonathan Harris**
111 Broadway, Suite 402
New York, NY 10006

**Edwin G. Schallert**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 100 22

**Jeffrey M Boldt**
The Kuker Group LLP
508 East 18th Street
Cheyenne, WY 8200 1
jeffrey@kukerlaw.com

**Gregory L. Williams**
Markus Williams Young &
Zimmermann LLC
1700 Lincoln Street , Ste 4000
Denver, CO 80203
303-830-0800
gwilliams@markuswilliams.com

**John F. Young**
Markus Williams Young &
Zimmermann, LLC
1700 Lincoln Street, Suite 1400
Denver, CO 80203
jyoung@markuswilliams.com

**Mark E. Macy**
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, WY 82001
mark@macylaw.net

**Steven N. Berger**
Engelman Berger, P .C.
3636 North Central Ave, Ste 700
Phoenix, AZ 85012

**Jamie Cotter**
Spencer Fane LLP
1700 Lincoln St., Suite 2000
Denver, CO 80203
jcotter@spencerfane.com

**Eric L. Johnson**
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
ejohnson@spencerfane.com

**Philip A. Pearlman**
Spencer Fane Britt & Browne LLP
1700 Lincoln St., Suite 2000
Denver, CO 80203
303-839-3855
303-839-3838 (fax)
ppearlman@spencerfane.com

**Nicole F. Bergstrom**
Dickinson Wright PLLC
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004

| | |
|---|---|
| **Cordes & Company, Inc** <br> 5299 DTC Boulevard, Suite 815 <br> Greenwood Village, CO 80111 | **Robert K. Dakis** <br> Morrison Cohen LLP <br> 909 Third Avenue <br> New York, NY 10022-4784 |
| **David E. Dennis** <br> Dennis & Company, P.C. <br> 8400 E. Crescent Parkway, Ste. 600 <br> Greenwood Village, CO 80111 | **Paul J. McGoldrick Shorall** <br> McGoldrick Brinkman <br> 1232 East Missouri Avenue <br> Phoenix, AZ 85014-2912 |
| **Michael Schaper** <br> Debevoise & Plimpton LLP <br> 919 Third Avenue <br> New York, NY 10022 | **Daniel P. Spivey** <br> Davis Graham & Stubbs LLP <br> 1550 17th Street Suite 500 <br> Denver, CO 80202 |

*/s/ Henry F. Bailey, Jr.*