JENNIFER SALISBURY (WYOMING BAR NO. 7-5218)
JOHN F. YOUNG (PRO HAC VICE ADMISSION)
MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC
1700 LINCOLN STREET, SUITE 4550
DENVER, COLORADO 80203
TELEPHONE:  (303) 830-0800
FACSIMILE:  (303) 830-0809
JSALISBURY@MARKUSWILLIAMS.COM
JYOUNG@MARKUSWILLIAMS.COM
*Attorneys for Rich Dad Operating Company, LLC,*
*Pele-Kala Corporation, and BI Capital, LLC*

ROBERT A. SHULL (PRO HAC VICE ADMISSION)
MICHAEL R. SCHEURICH (PRO HAC VICE ADMISSION)
BRADLEY A. BURNS (PRO HAC VICE ADMISSION)
AMANDA E. NEWMAN (PRO HAC VICE ADMISSION)
CASANDRA C. MARKOFF (PRO HAC VICE ADMISSION)
DICKINSON WRIGHT PLLC
1850 N. CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
TELEPHONE: (602) 285-5000
FACSIMILE: (602) 285-5100
RSHULL@DICKINSONWRIGHT.COM
MSCHEURICH@DICKINSONWRIGHT.COM
BBURNS@DICKINSONWRIGHT.COM
ANEWMAN@DICKINSONWRIGHT.COM
CMARKOFF@DICKINSONWRIGHT.COM
*Attorneys for Rich Dad Operating Company, LLC,*
*Pele-Kala Corporation, and BI Capital, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 12-20834 |
| RICH GLOBAL, LLC | ) |
| | ) Chapter 7 |

### RDOC'S LISTS OF WITNESSES AND EXHIBITS FOR APRIL 2, 2019 HEARING

Creditor Rich Dad Operating Company, LLC ("RDOC"), pursuant to the Court's Order dated March 8, 2019 (Doc. 387), hereby submits its lists of anticipated witnesses and proposed exhibits for the April 2, 2019 hearing on the Motion to Approve Settlement of Disputes between the Trustee and Robert Kiyosaki, Kim Kiyosaki, Pele-Kala Corporation, Cashflow Technologies, Inc., BI Capital, LLC, and Rich Dad Operating Company, LLC (Doc. 336) filed by Trustee Tracy L. Zubrod.

## RDOC's List of Anticipated Hearing Witnesses

1. Lynton Kotzin

2. Any witness listed by any other party

## RDOC's List of Proposed Hearing Exhibits[1]

1. Statement of Facts in Support of Defendants' Motion for Partial Summary Judgment re: Breach of Warranty Claims (D. Wyo. Case No. 16cv00217, Docs. 55, 55-1, 55-2)

2. Statement of Facts in Support of Defendants' Motion for Partial Summary Judgment re: Alter Ego Claim (D. Wyo. Case No. 16cv00217, Doc. 124)

3. Statement of Facts in Support of Defendants' Motion for Partial Summary Judgment re: Fraudulent Transfer Claims (D. Wyo. Case No. 16cv00217, Doc. 127)

4. McGladrey & Pullen, LLP, Consolidated Financial Report of Cashflow Technologies, Inc. and Related Entities as of December 31, 2008

5. Whitney Information Network, Inc., United States Securities and Exchange Commission Form 10-Q for the quarterly period ended September 30, 2008

---

[1] Copies of the following are being provided electronically to parties to the hearing.

6. Whitney Information Network, Inc., United States Securities and Exchange Commission Form 10-Q for the quarterly period ended December 31, 2008

7. Tigrent Inc., United States Securities and Exchange Commission Form 10-Q for the quarterly period ended June 30, 2010

8. Tigrent Inc., United States Securities and Exchange Commission Form 10-Q for the quarterly period ended September 30, 2010

Dated: March 26, 2019    Respectfully submitted,

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**

By: */s/ John F. Young*
JENNIFER SALISBURY (WYOMING BAR NO. 7-5218)
JOHN F. YOUNG (PRO HAC VICE ADMISSION)
1700 LINCOLN STREET, SUITE 4550
DENVER, COLORADO 80203
TELEPHONE: (303) 830-0800
FACSIMILE: (303) 830-0809
JSALISBURY@MARKUSWILLIAMS.COM
JYOUNG@MARKUSWILLIAMS.COM
*Attorneys for Rich Dad Operating Company, LLC, Pele-Kala Corporation, and BI Capital, LLC*

*and*

**DICKINSON WRIGHT PLLC**

By: */s/ Amanda E. Newman*
ROBERT A. SHULL (PRO HAC VICE ADMISSION)
MICHAEL R. SCHEURICH (PRO HAC VICE ADMISSION)
BRADLEY A. BURNS (PRO HAC VICE ADMISSION)
AMANDA E. NEWMAN (PRO HAC VICE ADMISSION)
CASANDRA C. MARKOFF (PRO HAC VICE ADMISSION)
1850 N. CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
TELEPHONE:  (602) 285-5000
FACSIMILE:  (602) 285-5100
RSHULL@DICKINSONWRIGHT.COM
MSCHEURICH@DICKINSONWRIGHT.COM
BBURNS@DICKINSONWRIGHT.COM
ANEWMAN@DICKINSONWRIGHT.COM
CMARKOFF@DICKINSONWRIGHT.COM
*Attorneys for Rich Dad Operating Company, LLC, Pele-Kala Corporation, and BI Capital, LLC*

3

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on March 26, 2019, I served by prepaid first-class mail a copy of the attached document on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the Wyoming LBR at the following addresses:

Philip A. Pearlman
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203

Ronald L. Fano
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203

Jamie N. Cotter
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203

James R. Belcher, Esq.
Crowley Fleck PLLP
152 N. Durbin St., Ste. 220
Casper, WY 82601

Steven N. Berger
Engelman Berger, P.C.
3636 N. Central Ave., Ste. 700
Phoenix, AZ 85012-1936

Ethan J. Birnberg
Ballard Spahr LLP
1225 17th St., Ste. 2300
Denver, CO 80202-5596

Edwin G. Schallert, Esq.
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 100

Jenny M.F. Fujii
Kutner Brinen Garber PC
1660 Lincoln St., Ste. 1650
Denver, CO 80264-9911

Mark E. Macy
Macy Law Office, P.C.
217 W. 18th St.
Cheyenne, WY 82001-4413

Lee M. Kutner
Kutner Brinen Garber PC
1660 Lincoln St., Ste. 1650
Denver, CO 80264-9911

Tracy L. Zubrod
219 E. 18th St.
Cheyenne, WY 82001-4507

US Trustee
308 West 21st Street, 2nd Floor
Cheyenne, WY 82001-3669

Jonathan Harris, Esq.
Harris, St. Laurent & Chaudhry LLP
40 Wall St., 53rd Fl.
New York, NY 10005

Timothy Woznick, Esq.
Crowley Fleck PLLP
237 Storey Blvd., Ste. 110
Cheyenne, WY 82009

Plate Investments Limited
c/o Sandra Stern, Esq.
Nordquist & Stern PLLC
330 Madison Ave., 6th Floor
New York, NY 10017

Plate Investments Limited
c/o Sandra Stern, Esq.
Nordquist & Stern PLLC
43 West 43rd St., Ste. 125
New York, NY 10036

William Zanker, President  
Learning Annex Holdings LLC  
888c Eight Ave., #139  
New York, NY 10019  

William Zanker, President  
The Learning Annex, L.P.  
888c Eight Ave., #139  
New York, NY 10019  

Andrew L. Hyams, Esq.  
Kerstein, Coren & Lichtenstein LLP  
60 Walnut St., #400  
Wellesley, MA 02481  

Michael Schaper, Esq.  
Debevoise & Plimpton LLP  
919 Third Ave.  
New York, NY 10022  

Jeffrey M. Boldt  
Overstreet Homar & Kuker  
508 East Eighteenth Street  
Cheyenne, WY 82001  

Joseph T. Moldovan  
Morrison Cohen LLP  
909 Third Avenue  
New York, NY 10022-4784  

Henry F. Bailey, Jr.  
Bailey Stock Harmon Cottam Lopez LLP  
221 E. 21st St.  
P.O. Box 1557  
Cheyenne, WY 82003-1557  

Theodore J. Hartl  
Ballard Spahr LLP  
1225 17th St., Ste. 2300  
Denver, CO 80202-5596  

William Zanker, President  
Benson Acquisition, LLC  
888c Eight Ave., #139  
New York, NY 10019  

Production Resource Group, LLC  
c/o Jeffrey Boldt, Esq.  
The Kuker Group LLP  
508 E. Eighteenth St.  
Cheyenne, WY 82001  

Production Resource Group, LLC  
c/o Overstreet, Homar & Kuker  
508 E. 18th St.  
Cheyenne, WY 82001  

Production Resource Group, LLC  
c/o Neil G. Marantz, Esq.  
The Marantz Law Firm  
150 Theodore Fremd Ave., Ste. A-14  
Rye, NY 10580  

Robert K. Dakis  
Morrison Cohen LLP  
909 Third Avenue  
New York, NY 10022-4784  

Megan K. Bannigan  
Debevoise & Plimpton LLP  
919 Third Ave.  
New York, NY 10022  

Dale W. Cottam  
Bailey Stock Harmon Cottam Lopez LLP  
221 E. 21st St.  
P.O. Box 1557  
Cheyenne, WY 82003-1557  

 */s/ Serina R. Schaefer*  
Serina R. Schaefer, Legal Assistant for  
Markus Williams Young & Hunsicker LLC  

5