Michael Schaper
Megan K. Bannigan
Debevoise & Plimpton LLP
919 3rd Ave.
New York, NY 10022
Admitted *Pro Hac Vice*
Telephone: (212) 909-6000
Fascimile: (212) 909-6836

James R. Belcher
Wyoming Bar # 5-2556
Crowley Fleck PLLP
111 West 2nd Street Suite 220
Casper, Wyoming 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307

Attorneys for Creditors Learning Annex
Holdings, LLC, Learning Annex, LLC,
and Learning Annex L.P.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF WYOMING**

-----------------------------------------------------------------x
                                                                 :

**In re**                                                    :

        **RICH GLOBAL, LLC**             :         Case No. 12-20834 (PJM)

                   **Debtor.**                :
-----------------------------------------------------------------x

**CREDITORS LEARNING ANNEX HOLDINGS, LLC, LEARNING ANNEX, LLC AND LEARNING ANNEX L.P.'S LIST OF EXHIBITS AND WITNESSES FOR APRIL 2, 2019 EVIDENTIARY HEARING**

Pursuant to Federal Rule of Bankruptcy Procedure 9014 and Local Rule 9070-1, Creditors Learning Annex Holdings, LLC, Learning Annex, LLC and Learning Annex L.P. (collectively "Learning Annex") hereby submit the following list of exhibits (the "Exhibit List") identifying documents Learning Annex anticipates offering, or that it may offer if the need

arises, and the following list of witnesses (the "Witness List") identifying individuals Learning Annex anticipates calling, or who it may call if the need arises, to present testimony at evidentiary hearing scheduled for April 2, 2019 (the "Evidentiary Hearing") relating to Tracy L. Zubrod's (the "Trustee") Motion to Approve Settlement of Disputes between the Trustee and Robert Kiyosaki, Kim Kiyosaki, Pele-Kala Corporation, Cashflow Technologies, Inc., BI Capital, LLC, and Rich Dad Operating Company, LLC, filed on January 8, 2019 (Dkt. No. 336). Learning Annex reserves the right to supplement this Exhibit List and Witness List or to modify them as needed to address rulings by the Court and evidence presented at the Evidentiary Hearing. Learning Annex also reserves its right to use any document included on the exhibit lists submitted by any other party to be heard at the Evidentiary Hearing, including (but not limited to) any document included in the exhibit list submitted by the Trustee. This Exhibit List does not include documents or other evidence that may be used solely for the purpose of impeachment or rebuttal. Learning Annex also reserves its right to seek testimony from any witness included on the witness lists submitted by any other party to be heard at the Evidentiary Hearing, including (but not limited to) any witness included in the witness list submitted by the Trustee.

**LEARNING ANNEX EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| A | Term Sheet of Burford Capital LLC, February 15, 2019 | No |
| B | Expert Report of Kotzin Valuation Partners, and schedules, exhibits, and appendices thereto, dated March 30, 2018 | Yes |
| C | Expert Report of Cordes & Company, and schedules, exhibits and appendices thereto, dated March 30, 2018 | Yes |
| D | Expert Rebuttal Report of Kotzin Valuation Partners, and exhibits thereto, dated June 15, 2018 | Yes |

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| E | Expert Rebuttal Report of Cordes & Company, and exhibits thereto, dated June 15, 2018 | Yes |
| F | U.S. Securities and Exchange Commission Form 10-K of Legacy Education Alliance, Inc., for the fiscal year ended December 31, 2015, dated March 28, 2016 | No |
| G | U.S. Securities and Exchange Commission Form 10-K of Legacy Education Alliance, Inc., for the fiscal year ended December 31, 2017, dated April 2, 2018 | No |
| H | U.S. Securities and Exchange Commission Form 8-K of Tigrent Inc., dated May 26, 2010 | No |
| I | Spencer Fane LLP's Eighth Application for Interim Compensation and Reimbursement of Expenses in *In re Rich Global* and exhibits thereto, dated June 6, 2018 | No |
| J | Tweet of Robert T. Kiyosaki, dated January 15, 2019 | No |
| K | Tweet of Robert T. Kiyosaki, dated February 14, 2019 | No |
| L | Tweet of Robert T. Kioysaki, dated February 26, 2019 | No |
| M | Video Clip of Interview with Robert Kioysaki from Entrepreneur.com, Downloaded March 16, 2019—"So while some financial experts are saying get out of debt, I am saying learn how to use debt." | No |
| N | Video Clip of Interview with Robert Kioysaki from Entrepreneur.com, Downloaded March 16, 2019—"Debt and taxes make the rich richer." | No |
| O | Video Clip of Interview with Robert Kioysaki from Entrepreneur.com, Downloaded March 16, 2019—"Get out of debt is an obsolete idea. You should learn how to get into debt." | No |
| P | Video of full Interview with Robert Kioysaki from Entrepreneur.com, Downloaded March 16, 2019 | No |
| Q | Chapter 7 Closed Cases and Total Receipts by State January 1, 2009 – December 31, 2009, Justice.gov (last accessed March 25, 2019) | No |
| R | AIRA Webinar, Business Valuation, Solvency Opinion, Bankruptcy Considerations, and *Daubert*, dated October 26, 2010 | No |
| S | Chapter 7 Asset Cases Closed Calendar Year 2017, Justice.gov (last accessed March 25, 2019) | No |
| T | Garrett Sutton, *Own Your Own Corporation*, Chapter 6: "How a Charging Order Works to Your Advantage" (2001) | No |

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| U | "Meet the Rich Dad Advisors," Richdad.com (last accessed March 20, 2019) | No |
| V | Garret Sutton, "Asset Protection for Gold, Silver And Precious Metals," Corporatedirect.com, dated January 8, 2015 | No |
| W | PageSix.com Staff, "Rich 'Dad,' bankruptcy Dad," Pagesix.com (October 10, 2012) | No |
| X | Interest Rates and Fees, Federal Student Aid, U.S. Department of Education, Studentaid.ed.gov, (last accessed March 20, 2019) | No |
| Y | Robert Kiyosaki testimonial for Garrett Sutton, Sutlaw.com, dated June 10, 2014 | No |
| Z | Proofs of Claim of Learning Annex, dated December 28, 2018 | No |
| AA | Proof of Claim of Rich Global, LLC, dated December 28, 2012 | No |
| BB | *Learning Annex Holdings, LLC, Learning Annex, LLC, and Learning Annex, L.P. v. Rich Global, LLC and Cashflow Technologies, Inc.*, Judgment, dated August 25, 2011 | No |
| CC | *Learning Annex Holdings, LLC, Learning Annex, LLC, and Learning Annex, L.P. v. Rich Global, LLC and Cashflow Technologies, Inc.*, Judgment, dated July 17, 2012 | No |
| DD | Plaintiffs' Second Request for Production of Documents and Things to the Rich Dad Defendants, dated March 31, 2010 | No |
| EE | Order Scheduling Settlement Conference in *Learning Annex Holdings, LLC v. Whitney Education Group, Inc.*, dated March 16, 2010 | No |
| FF | Trustee's Motion to Approve Settlement Pursuant to Rule 9019 F.R.B.P. and Notice Pursuant to Local Bankruptcy Rule 2002 in *In re: Rich Global, LLC,*, dated November 1, 2012 | No |
| GG | Special Verdict Form in *Learning Annex Holdings, LLC and Learning Annex, LLC v. Rich Global, LLC and Cashflow Technologies, Inc.*, dated June 8, 2012 | No |
| HH | Objection of Learning Annex Holdings, LLC, Learning Annex, LLC and Learning Annex L.P. to Trustee's Motion to Approve Settlement Agreement with Robert and Kim Kiyosaki with Exhibits K-O, dated November 25, 2012 | No |
| II | Minutes of Proceeding in *In re: Rich Global, LLC*, dated December 11, 2012 | No |

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| JJ | Rich Dad Events, "Free Real Estate Workshop Coming to: Tarrytown, White Plains & Yonkers March 28 – 30, 2019," Richdadfreeseminar.com (last accessed March 23, 2019) | No |
| KK | Affidavit of Michael R. Sullivan, dated October 14, 2011 | Yes |
| LL | Condensed Transcript of Videotaped Deposition of Sharon Lechter, dated May 6, 2008 | Yes |
| MM | Limited Liability Company Agreement of Rich Dad Education, LLC between Rich Global, LLC and Whitney Information Network, Inc., effective July 18, 2006 | Yes |
| NN | Administrative Services Agreement between Whitney Education Group, Inc. and Rich Dad Education, effective July 18, 2006 | Yes |
| OO | Rich Dad Operating Company, LLC Licensing Agreement between Rich Dad Operating Company, LLC, and Tigrent Inc., effective March 16, 2010 | Yes |
| PP | License Agreement between Rich Global, LLC and Rich Dad Education, LLC | Yes |
| QQ | Termination of Rich Dad Operating Company License and Debt Conversion Agreement, effective September 1, 2013 | Yes |
| RR | Emails from May 2015 re: Learning Annex v. Whitney Education et al. | Yes |
| SS | Mark-Up of Rich Dad Operating Company Tigrent Inc. Summary Document, dated January 8, 2010 | Yes |
| TT | Letter from James E. May to Charles W. Lotzar Re: Rich Dad Education, LLC/Deferral of Licensing Fees, dated February 16, 2010 | Yes |
| UU | Letter from James E. May to Steven C. Barre, Robert T. Kiyosaki, Michael R. Sullivan and Charles W. Lotzar and exhibits thereto, dated March 16, 2010 | Yes |
| VV | Rich Dad Education, LLC Settlement Agreement and Release, effective March 16, 2010 | Yes |
| WW | Intentionally Left Blank | ILB |
| XX | Rich Dad Operating Company, LLC Credit Agreement between Rich Dad Operating Company, LLC, and Rich Global, LLC, effective March 25, 2011 | Yes |
| YY | Cashflow Technologies Inc. – BI Capital, LLC Licensing and Management Agreement, dated effective 29, 2006 | Yes |
| ZZ | BI Capital, LLC – Rich Global, LLC Licensing and Management Agreement, effective April 20, 2007 | Yes |

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| AAA | Minutes of Cashflow Technologies, Inc. Special Meeting of the Shareholders in Lieu of the Annual Meeting of the Shareholders, effective July 23, 2007 | Yes |
| BBB | Lotzar Advice, dated October 11, 2017 | Yes |
| CCC | Lotzar Advice—Edited, dated October 11, 2017 | Yes |
| DDD | Cashflow Technologies, Inc. – BI Capital, LLC Restated Licensing and Management Agreement, effective January 1, 2008 | Yes |
| EEE | Assignment of BI Capital, LLC – Rich Global, LLC Licensing and Management Agreement, effective December 24, 2008 | Yes |
| FFF | Cashflow Technologies, Inc. and Rich Global, LLC Licensing Agreement, dated effective 1, 2009 | Yes |
| GGG | Rich Dad Operating Company, LLC and Rich Global, LLC Management Agreement, effective January 1, 2009 | Yes |
| HHH | Plaintiff's Objections and Answers to Defendant Rich Dad Operating Company, LLC's Second Set of Non-Uniform Interrogatories, dated June 19, 2017 | Yes |
| III | Motion to Approve Settlement of Disputes Between the Trustee and Robert Kiyosaki, Kim Kiyosaki, Pele-Kala Corporation, Cashflow Technologies, Inc., BI Capital, LLC, and Rich Dad Operating Company, LLC, dated January 8, 2019 | No |
| JJJ | Unsealed Copy of Objection of Learning Annex Holdings, LLC, Learning Annex, LLC and Learning Annex L.P. to Trustee's Motion to Approve Settlement of Disputes between the Trustee and Robert Kiyosaki, Kim Kiyosaki, Pele-Kala Corporation, Cashflow Technologies, Inc., BI Capital, LLC, and Rich Dad Operation Company, LLC, dated February 15, 2019 | Yes |
| KKK | Intentionally Left Blank | ILB |
| LLL | Plaintiff's Corrected Response to Defendants' Statement of Facts in Support of Defendants' Motion for Partial Summary Judgment Re: Alter Ego Claims, dated September 10, 2018 | No |
| MMM | Plaintiff's Corrected Response to Defendants' Statement of Facts in Support of Defendants' Motion for Partial Summary Judgment Re: Fraudulent Transfer Claims, September 10, 2018 | No |
| NNN | Reply to Learning Annex's Objection to Motion to Approve Settlement, dated March 11, 2019 | No |
| OOO | United States Patent and Trademark Office, "rich dad infinite return" (last accessed March 24, 2019) | No |

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| PPP | United States Patent and Trademark Office, "RICH DAD" (last accessed March 24, 2019) | No |
| QQQ | Civil Docket for Case #: 1:09-cv-04432-SAS-GWG | No |
| RRR | RDOC – Tigrent Licensing Financial Terms, effective March 16, 2010 | Yes |
| SSS | Memorandum of Understanding for Tax Planning and Financial Reporting for the period ending December 31, 2009, signed by John Reedy, Tom Wheelwright, and Neil Dube | Yes |
| TTT | Letter from James R. Belcher to Tracy L. Zubrod Re: Rich Global, LLC, Bankruptcy case 12-20834 and Settlement, dated November 16, 2012 | Yes |
| UUU | Outline of Facts Surrounding Rich Global Avoidance Claims from James R. Belcher to Tracy L. Zubrod, dated April 24, 2014 | Yes |
| VVV | Robert Kiyosaki, *The Real Book of Real Estate* 145-148 (2009) | No |
| WWW | Opinion and Order in *Learning Annex Holdings, LLC and Learning Annex, LLC v. Rich Global, LLC, and Cashflow Technologies, Inc*, dated July 11, 2011 | No |
| XXX | Email from Philip A. Pearlman to Megan K. Bannigan and Michael Schaper Re: Learning Annex, dated December 18, 2018 | No |
| YYY | Letter from James R. Belcher to Tracy L. Zubrod Re: Rich Global, LLC Bankruptcy Case 12-20834 Request for Information and Documents, dated April 1, 2014 | Yes |
| ZZZ | Email from Sharon Lechter to John Kane Re: Russ Whitney, dated February 17, 2006 | Yes |
| AAAA | Funding E-mails between Philip A. Pearlman, Megan K. Bannigan, and Michael Schaper – Feb. 14-15, 2019 | No |
| BBBB | Rich Global, LLC Income Statement for the Twelve Months Ending December 31, 2007 | Yes |
| CCCC | BI Capital LLC Balance Sheet December 31, 2007 | Yes |
| DDDD | First Amended Verified Derivative Complaint, February 4, 2008 | Yes |
| EEEE | CD of Video File | Yes |
| FFFF | Settlement Agreement and Mutual Release, dated August 27, 2008 | Yes |
| GGGG | Transcript of Deposition of Sharon Lechter, dated November 19, 2009 | Yes |
| HHHH | Nevada Secretary of State, Rich Dad Operating Company, LLC | Yes |
| IIII | 2009 Cash Payments to the Kiyosakis | Yes |

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| JJJJ | Memorandum from Mr. Lotzar to Mr. Peck Re: Rich Dad Education Meetings schedule for June 3, 2009-June 5, 2009, dated May 29, 2009 | Yes |
| KKKK | Escrow Account April 2010 to February 2011 | Yes |
| LLLL | Rich Global, LLC Due (To) From Chart Rich Dad Operating Company, LLC | Yes |
| MMMM | License Agreement between Cashflow Technologies Inc. and BI Capital, LLC, dated December 1, 2009 | Yes |
| NNNN | Affidavit of Sharon Lechter, dated August 4, 2008 | Yes |
| OOOO | Condensed Transcript of Deposition of Sharon Lechter Vol. 2, dated June 26, 2008 | Yes |
| PPPP | Verified Derivative Complaint, dated October 12, 2007 | Yes |
| QQQQ | Letter from Sharon Lechter to Kim and Robert Kiyosaki, dated July 18, 2007 | Yes |
| RRRR | E-mail from Anthony Humpage to Jennifer Carper, dated May 29, 2012 | Yes |
| SSSS | Letter from Sharon Lechter to Kim and Robert Kiyosaki, dated July 18, 2007 | Yes |
| TTTT | Letter from Neil Dube to Maureen Beyers and David Rosenbaum and attachments thereto, dated March 12, 2008 | Yes |
| UUUU | Rich Global General Ledger for the Period from January 1, 2009 to December 31, 2009 | Yes |
| VVVV | Two $175,000 Royalty Checks to Robert and Kim Kiyosaki | Yes |
| WWWW | Wells Fargo Account Transaction and Balance Summary for the Statement Period of December 1 2007 to December 31, 2007 | Yes |
| XXXX | $9,000,000.00 Wire Authorization to the Credit Account of Sharon Lechter, dated September 3, 2008 | Yes |
| YYYY | $755,614.94 Wire Authorization from Kathy Stanton, dated Sept. 3, 2008 | Yes |
| ZZZZ | Letter from Piper Hoskins to Kim Kioysaki, Re: Slight Transfer revision, dated December 26, 2008 | Yes |
| AAAAA | G/L Transactions Listings, dated June 16, 2014 | Yes |
| BBBBB | $1,600,000.00 Wire Authorization to Jaimee, dated December 29, 2008 | Yes |
| CCCCC | Intentionally Left Blank | ILB |
| DDDDD | Seven Unsecured Promissory Notes from Robert and Kim Kiyosaki to Rich Global, LLC, from January 22, 2009 December 9, 2009 | Yes |

| EXHIBIT | DESCRIPTION | SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| EEEEE | Intentionally Left Blank | ILB |
| FFFFF | Robert Kiyosaki, "Rich Dad Isn't Bankrupt Dad: How Safe Are Your Assets?," dated October 12, 2012 | Yes |
| GGGGG | Plaintiff's Objections and Responses to Defendant Cashflow Technologies Inc.'s Requests for Production of Documents to Plaintiff in *In re: Rich Global, LLC*, dated June 6, 2016 | Yes |
| HHHHH | Deposition Designations for Lynton Kotzin, dated August 10, 2018 | Yes |
| IIIII | Deposition Designations for Anthony C. Humpage, dated August 9, 2017 | Yes |
| JJJJJ | Deposition Designations for James E. May, dated August 8, 2017 | Yes |
| KKKKK | Deposition Designations for Lee M. Kutner, dated August 21, 2007 | Yes |
| LLLLL | Deposition Designations for Sharon Lechter, dated October 16, 2017 | Yes |
| MMMMM | Deposition Designations for Charles W. Lotzar, dated November 10, 2017 | Yes |
| NNNNN | Deposition Designations for Michael R. Sullivan, dated December 4, 2017 | Yes |
| OOOOO | Deposition Designations for Kim Louise Meyer Kiyosaki, dated December 5, 2017 | Yes |
| PPPPP | Deposition Designations for Robert T. Kiyosaki, December 6, 2017 | Yes |
| QQQQQ | Deposition Designations for Neil Dube, dated February 7, 2018 | Yes |
| RRRRR | Deposition Designations for Tracy L. Zubrod, dated February 27, 2018 | Yes |

## LEARNING ANNEX WITNESS LIST

Learning Annex **will** call:

    1. Patrick Donovan, formerly of Cordes & Company

Learning Annex **may** call:

    2. Lynton Kotzin (through life testimony deposition designation)

    3. Anthony C. Humpage (through deposition designation)

    4. James E. May (through deposition designation)

    5. Lee M. Kutner (through deposition designation)

    6. Sharon Lechter (through deposition designation)

7. Charles W. Lotzar (through deposition designation)

8. Michael R. Sullivan (through deposition designation)

9. Kim Louise Meyer Kiyosaki (through deposition designation)

10. Robert T. Kiyosaki (through deposition designation)

11. Neil Dube (through deposition designation)

12. Tracy L. Zubrod (through live testimony or deposition designation)

13. Any witness necessary to authenticate documents

14. Any witness necessary for impeachment or rebuttal

15. Any witness listed by any other party

Dated:  March 26, 2019

Respectfully submitted,

/s/ Michael Schaper

Michael Schaper
Megan K. Bannigan
Debevoise & Plimpton LLP
919 3rd Ave.
New York, NY 10022
Admitted *Pro Hac Vice*

James R. Belcher
Crowley Fleck PLLP
111 West 2nd Street Suite 220
Casper, WY  82601
Attorneys for Learning Annex

# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Learning Annex's Witness and Exhibit List for the April 2, 2019 Hearing on the Trustee's Motion for Settlement was served on March 26, 2019 by the Court's CM/ECF electronic service an all parties to the settlement agreement, the Chapter 7 Trustee and the Office of the United States Trustee and copies of all Exhibits were emailed to all parties to the settlement at the email addresses below.

Philip Pearlman
ppearlman@spencerfane.com

Ronald L. Fano
rfano@spencerfane.com
Attorneys for Chapter 7 Trustee, Tracy Zubrod

Robert A. Shull
rshull@dickinsonwright.com

Theodore J. Hartl
hartlt@ballardspahr.com

Jennifer Salisbury
jsalisbury@markuswilliams.com

Dale Cottam
dale@performance-law.com

Attorneys for Robert and Kim Kiyosaki, Rich Dad Operating Company, LLC, Bi Capital, LLC, Fast Track, LLC, Pele-Kala Corporation, and Cashflow Technologies, Inc.

The attorneys listed above are shown on the Court's CM/ECF service list as representing the parties below their email addresses.

                                              /s/ Michael Schaper
                                              Michael Schaper