# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

In re: RICH GLOBAL, LLC  § Case No. 12-20834-CDP
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TRACY L. ZUBROD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $6,581,698.22 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $3,274,310.70 | |

3) Total gross receipts of $ 9,856,008.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,856,008.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,280,763.23 | 3,274,310.70 | 3,274,310.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 287,213.19 | 125,000.00 | 125,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,715,987.68 | 23,690,999.41 | 23,690,999.41 | 6,456,698.22 |
| **TOTAL DISBURSEMENTS** | $23,715,987.68 | $27,258,975.83 | $27,090,310.11 | $9,856,008.92 |

    4) This case was originally filed under Chapter 7 on August 20, 2012. The case was pending for 94 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/16/2020          By: /s/TRACY L. ZUBROD
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C | 1129-000 | 5,060.19 |
| CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C | 1129-000 | 5,720.33 |
| OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY | 1121-000 | 1,544,478.88 |
| OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY | 1121-000 | 386,119.72 |
| SETTLEMENT AGREEMENT FOR DISMISSAL OF APPEAL | 1249-000 | 100,000.00 |
| PREFERENTIAL PAYMENT | 1141-000 | 314,629.80 |
| adversary settlement for all pending litigation | 1149-000 | 7,500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,856,008.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - TRACY L. ZUBROD, Chapter 7 Trustee | 2100-000 | N/A | 318,930.27 | 318,930.27 | 318,930.27 |
| Trustee Expenses - TRACY L. ZUBROD, Chapter 7 Trustee | 2200-000 | N/A | 7,771.96 | 1,319.43 | 1,319.43 |
| Attorney for Trustee Fees (Trustee Firm) - Tracy L. Zubrod | 3110-000 | N/A | 7,650.00 | 7,650.00 | 7,650.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Tracy L. Zubrod | 3120-000 | N/A | 15.60 | 15.60 | 15.60 |
| Other - Spencer Fane LLP | 3210-000 | N/A | 2,178,738.00 | 2,178,738.00 | 2,178,738.00 |
| Other - Spencer Fane LLP | 3220-000 | N/A | 138,816.03 | 138,816.03 | 138,816.03 |
| Other - Dennis & Company | 3410-000 | N/A | 4,543.00 | 4,543.00 | 4,543.00 |
| Other - Cordes & Company | 3410-000 | N/A | 411,682.95 | 411,682.95 | 411,682.95 |
| Other - Cordes & Company | 3420-000 | N/A | 23,416.54 | 23,416.54 | 23,416.54 |
| Other - James T. Burghardt | 3721-000 | N/A | 15,570.00 | 15,570.00 | 15,570.00 |
| Other - Moye & White LLP | 3721-000 | N/A | 21,529.00 | 21,529.00 | 21,529.00 |
| Other - Edward W. Nottingham | 3721-000 | N/A | 24,890.58 | 24,890.58 | 24,890.58 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.36 | 14.36 | 14.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.94 | 16.94 | 16.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.36 | 14.36 | 14.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.85 | 14.85 | 14.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.36 | 16.36 | 16.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.83 | 15.83 | 15.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.28 | 14.28 | 14.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.34 | 74.34 | 74.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 505.96 | 505.96 | 505.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 590.46 | 590.46 | 590.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 671.03 | 671.03 | 671.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 568.41 | 568.41 | 568.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 669.04 | 669.04 | 669.04 |
| Other - International Sureties, LTD | 2300-000 | N/A | 450.18 | 450.18 | 450.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 627.11 | 627.11 | 627.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 655.20 | 655.20 | 655.20 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,453.59 | 1,453.59 | 1,453.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,601.87 | 1,601.87 | 1,601.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,499.32 | 1,499.32 | 1,499.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,447.25 | 1,447.25 | 1,447.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,691.24 | 1,691.24 | 1,691.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,689.16 | 1,689.16 | 1,689.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,035.19 | 2,035.19 | 2,035.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,545.08 | 2,545.08 | 2,545.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,589.04 | 2,589.04 | 2,589.04 |
| Other - International Sureties, LTD | 2300-000 | N/A | 1,333.24 | 1,333.24 | 1,333.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,260.27 | 3,260.27 | 3,260.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,876.71 | 2,876.71 | 2,876.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,684.93 | 2,684.93 | 2,684.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,068.49 | 3,068.49 | 3,068.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,876.71 | 2,876.71 | 2,876.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,780.82 | 2,780.82 | 2,780.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,033.19 | 3,033.19 | 3,033.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,894.72 | 2,894.72 | 2,894.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,703.93 | 2,703.93 | 2,703.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,979.76 | 2,979.76 | 2,979.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,789.00 | 2,789.00 | 2,789.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,692.15 | 2,692.15 | 2,692.15 |
| Other - International Sureties, LTD | 2300-000 | N/A | 858.26 | 858.26 | 858.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,873.96 | 2,873.96 | 2,873.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,479.54 | 2,479.54 | 2,479.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,475.86 | 2,475.86 | 2,475.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,775.35 | 2,775.35 | 2,775.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,428.41 | 2,428.41 | 2,428.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,423.03 | 2,423.03 | 2,423.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,753.77 | 2,753.77 | 2,753.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,415.85 | 2,415.85 | 2,415.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,453.73 | 2,453.73 | 2,453.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,224.74 | 2,224.74 | 2,224.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,146.76 | 2,146.76 | 2,146.76 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,358.55 | 2,358.55 | 2,358.55 |
| Other - International Sureties, LTD | 2300-000 | N/A | 516.72 | 516.72 | 516.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,133.47 | 2,133.47 | 2,133.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,095.90 | 2,095.90 | 2,095.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,830.37 | 1,830.37 | 1,830.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,019.84 | 2,019.84 | 2,019.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,813.00 | 1,813.00 | 1,813.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,127.48 | 2,127.48 | 2,127.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,849.42 | 1,849.42 | 1,849.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,674.92 | 1,674.92 | 1,674.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,903.46 | 1,903.46 | 1,903.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,669.95 | 1,669.95 | 1,669.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,840.14 | 1,840.14 | 1,840.14 |
| Other - International Sureties, LTD | 2300-000 | N/A | 370.24 | 370.24 | 370.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,722.48 | 1,722.48 | 1,722.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,474.40 | 1,474.40 | 1,474.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,571.34 | 1,571.34 | 1,571.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,301.69 | 1,301.69 | 1,301.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,392.80 | 1,392.80 | 1,392.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,341.56 | 1,341.56 | 1,341.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,519.97 | 1,519.97 | 1,519.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,329.96 | 1,329.96 | 1,329.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,116.54 | 1,116.54 | 1,116.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 710.36 | 710.36 | 710.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 366.09 | 366.09 | 366.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 431.13 | 431.13 | 431.13 |
| Other - International Sureties, LTD | 2300-000 | N/A | 139.00 | 139.00 | 139.00 |
| Other - International Sureties, LTD | 2300-000 | N/A | 2,784.89 | 2,784.89 | 2,784.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,280,763.23** | **$3,274,310.70** | **$3,274,310.70** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | The Marantz Law Firm as attorneys for PRG | 5200-000 | N/A | 287,213.19 | 125,000.00 | 125,000.00 |
| NOTFILED | United States Attorney District of Wyoming | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Office of the Attorney General U.S. Department of | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Arizona Department of Revenue | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $287,213.19 | $125,000.00 | $125,000.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Debevoise & Plimpton LLP | 7100-000 | 23,687,957.21 | 23,690,999.41 | 23,690,999.41 | 6,456,698.22 |
| 2 | RICH DAD OPERATING COMPANY, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Robert Crew and Robert Maurice c/o Bursor & Fisher, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Quarles & Brady, LLP One Renaissance Square | 7100-000 | 6,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Weiss Rifkind Wharton&Garrison LLP | 7100-000 | 21,870.47 | N/A | N/A | 0.00 |
| NOTFILED | United States Attorney District of Wyoming | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harris & Houghteling, LLP Jonathon Harris | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Office of the Attorney General U.S. Department of | 7100-000 | unknown | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $23,715,987.68 | $23,690,999.41 | $23,690,999.41 | $6,456,698.22 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-20834-CDP  **Trustee:** (700120) TRACY L. ZUBROD, Chapter 7 Trustee
**Case Name:** RICH GLOBAL, LLC  **Filed (f) or Converted (c):** 08/20/12 (f)
  **§341(a) Meeting Date:** 09/26/12
**Period Ending:** 07/16/20  **Claims Bar Date:** 01/02/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C  Orig. Description: Credit Suisse Bank Account; Imported from original petition Doc# 1 | 5,326.81 | 5,060.19 | | 5,060.19 | FA |
| 2  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C  Orig. Description: J.P. Morgan Chase Bank Account; Imported from original petition Doc# 1 | 5,720.33 | 5,720.33 | | 5,720.33 | FA |
| 3  OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY  Orig. Description: Notes Receivable - Robert and Kim Kiyosaki (Face Amount); Imported from original petition Doc# 1 | 1,544,478.88 | 1,544,478.88 | | 1,544,478.88 | FA |
| 4  OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY  Orig. Description: Notes Receivable - Robert and Kim Kiyosaki (Total Interest); Imported from original petition Doc# 1 | 238,879.24 | 386,119.72 | | 386,119.72 | FA |
| 5  SETTLEMENT AGREEMENT FOR DISMISSAL OF APPEAL  (u) | 100,000.00 | 100,000.00 | | 100,000.00 | FA |
| 6  PREFERENTIAL PAYMENT | 314,629.80 | 314,629.80 | | 314,629.80 | FA |
| 7  adversary settlement for all pending litigation     fraudulent conveyences, successor liability, alter ego | Unknown | 24,000,000.00 | | 7,500,000.00 | FA |
| **7  Assets  Totals** (Excluding unknown values) | **$2,209,035.06** | **$26,356,008.92** | | **$9,856,008.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR submitted to UST for approval.

**Initial Projected Date Of Final Report (TFR):**  March 9, 2020  **Current Projected Date Of Final Report (TFR):**  April 22, 2020  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-20834-CDP
**Case Name:** RICH GLOBAL, LLC
**Taxpayer ID #:** **-***4511
**Period Ending:** 07/16/20

**Trustee:** TRACY L. ZUBROD, Chapter 7 Trustee (700120)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******41-66 - Checking Account
**Blanket Bond:** $59,566,052.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/12 | {1} | Debtor | bank balance | 1129-000 | 5,060.19 | | 5,060.19 |
| 10/09/12 | {2} | Debtor | bank balance | 1129-000 | 5,720.33 | | 10,780.52 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,755.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,730.52 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001070012088 20121227 | 9999-000 | | 10,730.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,780.52 | 10,780.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,730.52 | |
| | | | **Subtotal** | | 10,780.52 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,780.52** | **$50.00** | |

{} Asset reference(s)

Printed: 07/16/2020 04:50 PM    V.14.66

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 12-20834-CDP | **Trustee:** TRACY L. ZUBROD, Chapter 7 Trustee (700120) |
| **Case Name:** RICH GLOBAL, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******5766 - Checking Account |
| **Taxpayer ID #:** **-***4511 | **Blanket Bond:** $59,566,052.00 (per case limit) |
| **Period Ending:** 07/16/20 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,730.52 | | 10,730.52 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.36 | 10,716.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.94 | 10,699.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.36 | 10,684.86 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.85 | 10,670.01 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.36 | 10,653.65 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.83 | 10,637.82 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.28 | 10,623.54 |
| 07/18/13 | {5} | Belcher & Boomgaarden LLP | settlement agreement for dismissal of appeal | 1249-000 | 100,000.00 | | 110,623.54 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.34 | 110,549.20 |
| 08/06/13 | {6} | Paul, Weiss, Rifkind, Wharton & Garrison LLP | preferential payment | 1141-000 | 314,629.80 | | 425,179.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 505.96 | 424,673.04 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 590.46 | 424,082.58 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 671.03 | 423,411.55 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 568.41 | 422,843.14 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 669.04 | 422,174.10 |
| 01/09/14 | 10101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2013 FOR CASE #12-20834, Bond #16027974 | 2300-000 | | 450.18 | 421,723.92 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 627.11 | 421,096.81 |
| 02/24/14 | {3} | Robert & Kim Kiyosaki | promissory note | 1121-000 | 625,000.00 | | 1,046,096.81 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 655.20 | 1,045,441.61 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,453.59 | 1,043,988.02 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,601.87 | 1,042,386.15 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,499.32 | 1,040,886.83 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,447.25 | 1,039,439.58 |
| 07/24/14 | {3} | Kim & Robert Kiyosaki | promissory note | 1121-000 | 161,685.00 | | 1,201,124.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,691.24 | 1,199,433.34 |
| 08/22/14 | {3} | Kim & Robert Kiyosaki | promissory note | 1121-000 | 111,883.75 | | 1,311,317.09 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,689.16 | 1,309,627.93 |
| 09/25/14 | {3} | Kim & Robert Kiyosaki | promissory note | 1121-000 | 135,102.50 | | 1,444,730.43 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,035.19 | 1,442,695.24 |
| 10/15/14 | | Kim & Robert Kiyosaki | promissory notes | | 625,000.00 | | 2,067,695.24 |
| | {3} | | promissory note 510,807.63 | 1121-000 | | | 2,067,695.24 |
| | {4} | | promissory note 114,192.37 | 1121-000 | | | 2,067,695.24 |

Subtotals : $2,084,031.57 $16,336.33

{} Asset reference(s)  Printed: 07/16/2020 04:50 PM  V.14.66

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-20834-CDP  
**Case Name:** RICH GLOBAL, LLC  

**Trustee:** TRACY L. ZUBROD, Chapter 7 Trustee (700120)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Checking Account  

**Taxpayer ID #:** **-***4511  
**Period Ending:** 07/16/20  

**Blanket Bond:** $59,566,052.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,545.08 | 2,065,150.16 |
| 11/17/14 | {4} | Kim & Robert Kiyosaki | promissory note | 1121-000 | 130,640.00 | | 2,195,790.16 |
| 11/25/14 | 10102 | SPENCER FANE BRITT & BROWNE LLP | Attorney fees | 3210-000 | | 151,945.20 | 2,043,844.96 |
| 11/25/14 | 10103 | SPENCER FANE BRITT & BROWNE LLP | Attorney expenses | 3220-000 | | 5,748.45 | 2,038,096.51 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,589.04 | 2,035,507.47 |
| 12/03/14 | 10104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2014 FOR CASE #12-20834, BOND #016027974 Voided on 12/04/14 | 2300-000 | | 1,291.53 | 2,034,215.94 |
| 12/04/14 | 10104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2014 FOR CASE #12-20834, BOND #016027974 Voided: check issued on 12/03/14 | 2300-000 | | -1,291.53 | 2,035,507.47 |
| 12/04/14 | 10105 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2014 FOR CASE #12-20834, BOND #0160274974 | 2300-000 | | 1,333.24 | 2,034,174.23 |
| 12/05/14 | {4} | Robert & Kim Kiyosaki | promisory note | 1121-000 | 141,287.35 | | 2,175,461.58 |
| 12/23/14 | 10106 | CORDES & COMPANY | Accountant fees | 3410-000 | | 135,361.35 | 2,040,100.23 |
| 12/23/14 | 10107 | CORDES & COMPANY | Accountant expenses | 3420-000 | | 4,588.77 | 2,035,511.46 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,260.27 | 2,032,251.19 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,876.71 | 2,029,374.48 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,684.93 | 2,026,689.55 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,068.49 | 2,023,621.06 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,876.71 | 2,020,744.35 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,780.82 | 2,017,963.53 |
| 06/02/15 | 10108 | SPENCER FANE BRITT & BROWNE LLP | Attorney fees | 3210-000 | | 63,070.20 | 1,954,893.33 |
| 06/02/15 | 10109 | SPENCER FANE BRITT & BROWNE LLP | Attorney expenses | 3220-000 | | 4,259.72 | 1,950,633.61 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,033.19 | 1,947,600.42 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,894.72 | 1,944,705.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,703.93 | 1,942,001.77 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,979.76 | 1,939,022.01 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,789.00 | 1,936,233.01 |
| 11/20/15 | 10110 | SPENCER FANE BRITT & BROWN, LLP | Attorney Fees Voided on 11/25/15 | 3210-000 | | 149,447.00 | 1,786,786.01 |

Subtotals :   $271,927.35   $552,836.58

{} Asset reference(s)

Printed: 07/16/2020 04:50 PM   V.14.66

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 12-20834-CDP | | Trustee: | TRACY L. ZUBROD, Chapter 7 Trustee (700120) |
|---|---|---|---|---|
| Case Name: | RICH GLOBAL, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5766 - Checking Account |
| Taxpayer ID #: | **-***4511 | | Blanket Bond: | $59,566,052.00 (per case limit) |
| Period Ending: | 07/16/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/20/15 | 10111 | SPENCER FANE BRITT & BROWN, LLP | Attorney Expenses | 3220-000 | | 7,272.43 | 1,779,513.58 |
| 11/25/15 | 10110 | SPENCER FANE BRITT & BROWN, LLP | Attorney Fees Voided: check issued on 11/20/15 | 3210-000 | | -149,447.00 | 1,928,960.58 |
| 11/25/15 | 10112 | SPENCER FANE BRITT & BROWN, LLP | Attorney Fees | 3210-000 | | 134,502.30 | 1,794,458.28 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,692.15 | 1,791,766.13 |
| 12/01/15 | 10113 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2015 FOR CASE #12-20834, Bond # 016027974 | 2300-000 | | 858.26 | 1,790,907.87 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,873.96 | 1,788,033.91 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,479.54 | 1,785,554.37 |
| 02/26/16 | 10114 | CORDES & COMPANY | Accountant fees | 3410-000 | | 26,189.75 | 1,759,364.62 |
| 02/26/16 | 10115 | CORDES & COMPANY | Accountant expenses | 3420-000 | | 14.60 | 1,759,350.02 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,475.86 | 1,756,874.16 |
| 03/11/16 | 10116 | Edward W. Nottingham | Arbitrator fees | 3721-000 | | 1,218.75 | 1,755,655.41 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,775.35 | 1,752,880.06 |
| 04/08/16 | 10117 | Edward W. Nottingham | Arbitrator fees | 3721-000 | | 3,000.00 | 1,749,880.06 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,428.41 | 1,747,451.65 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,423.03 | 1,745,028.62 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,753.77 | 1,742,274.85 |
| 07/21/16 | 10118 | SPENCER FANE BRITT & BROWN, LLP | Attorney Fees | 3210-000 | | 180,447.75 | 1,561,827.10 |
| 07/21/16 | 10119 | SPENCER FANE BRITT & BROWN, LLP | Attorney Expenses | 3220-000 | | 4,743.95 | 1,557,083.15 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,415.85 | 1,554,667.30 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,453.73 | 1,552,213.57 |
| 09/06/16 | 10120 | Edward W. Nottingham | Arbitrator fees | 3721-000 | | 1,781.26 | 1,550,432.31 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,224.74 | 1,548,207.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,146.76 | 1,546,060.81 |
| 11/07/16 | 10121 | Edward W. Nottingham | Arbitrator fees | 3721-000 | | 9,421.83 | 1,536,638.98 |
| 11/28/16 | 10122 | Moye White LLP | Mediator retainer fee | 3721-000 | | 5,000.00 | 1,531,638.98 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,358.55 | 1,529,280.43 |
| 12/13/16 | 10123 | SPENCER FANE BRITT & BROWN, LLP | Attorney Fees | 3210-000 | | 154,064.40 | 1,375,216.03 |
| 12/13/16 | 10124 | SPENCER FANE BRITT & BROWN, LLP | Attorney Expenses | 3220-000 | | 4,966.48 | 1,370,249.55 |

Subtotals :       $0.00       $416,536.46

{} Asset reference(s)                                                                                     Printed: 07/16/2020 04:50 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 12-20834-CDP  
**Case Name:** RICH GLOBAL, LLC  
**Taxpayer ID #:** **-***4511  
**Period Ending:** 07/16/20

**Trustee:** TRACY L. ZUBROD, Chapter 7 Trustee (700120)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $59,566,052.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/16 | 10125 | Edward W. Nottingham | Arbitrator fees | 3721-000 | | 1,312.48 | 1,368,937.07 |
| 12/22/16 | 10126 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2016 FOR CASE #12-20834, 1000-900-1944 | 2300-000 | | 516.72 | 1,368,420.35 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,133.47 | 1,366,286.88 |
| 01/13/17 | 10127 | Edward W. Nottingham | Arbitrator fees | 3721-000 | | 749.99 | 1,365,536.89 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,095.90 | 1,363,440.99 |
| 02/22/17 | 10128 | Moye White LLP | Mediator fee | 3721-000 | | 1,677.85 | 1,361,763.14 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,830.37 | 1,359,932.77 |
| 03/21/17 | 10129 | Edward W. Nottingham | Arbitrator fees | 3721-000 | | 7,406.27 | 1,352,526.50 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,019.84 | 1,350,506.66 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,813.00 | 1,348,693.66 |
| 05/16/17 | 10130 | Moye White LLP | Mediator fee | 3721-000 | | 14,851.15 | 1,333,842.51 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,127.48 | 1,331,715.03 |
| 06/01/17 | 10131 | SPENCER FANE BRITT & BROWN, LLP | Attorney Fees | 3210-000 | | 121,662.45 | 1,210,052.58 |
| 06/01/17 | 10132 | SPENCER FANE BRITT & BROWN, LLP | Attorney Expenses | 3220-000 | | 3,574.41 | 1,206,478.17 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,849.42 | 1,204,628.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,674.92 | 1,202,953.83 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,903.46 | 1,201,050.37 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,669.95 | 1,199,380.42 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,840.14 | 1,197,540.28 |
| 11/29/17 | 10133 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/29/2017 FOR CASE #12-20834, Bond # 016027974 | 2300-000 | | 370.24 | 1,197,170.04 |
| 11/30/17 | 10134 | SPENCER FANE BRITT & BROWN, LLP | ATTORNEY FEES | 3210-000 | | 168,708.00 | 1,028,462.04 |
| 11/30/17 | 10135 | SPENCER FANE BRITT & BROWN, LLP | ATTORNEY EXPENSES | 3220-000 | | 17,860.75 | 1,010,601.29 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,722.48 | 1,008,878.81 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,474.40 | 1,007,404.41 |
| 01/12/18 | 10136 | CORDES & COMPANY, INC | Accountant Expenses Stopped on 01/12/18 | 3420-000 | | 43,084.00 | 964,320.41 |
| 01/12/18 | 10136 | CORDES & COMPANY, INC | Accountant Expenses Stopped: check issued on 01/12/18 | 3420-000 | | -43,084.00 | 1,007,404.41 |
| 01/12/18 | 10137 | CORDES & COMPANY, INC | Accountant expenses Stopped on 01/12/18 | 3420-000 | | 43.81 | 1,007,360.60 |

Subtotals :   $0.00   $362,888.95

{} Asset reference(s)                                                                 Printed: 07/16/2020 04:50 PM   V.14.66

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| Case Number: | 12-20834-CDP | | Trustee: | TRACY L. ZUBROD, Chapter 7 Trustee (700120) |
|---|---|---|---|---|
| Case Name: | RICH GLOBAL, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5766 - Checking Account |
| Taxpayer ID #: | **-***4511 | | Blanket Bond: | $59,566,052.00  (per case limit) |
| Period Ending: | 07/16/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/12/18 | 10137 | CORDES & COMPANY, INC | Accountant expenses Stopped: check issued on 01/12/18 | 3420-000 | | -43.81 | 1,007,404.41 |
| 01/12/18 | 10138 | CORDES & COMPANY, INC | accountant fees | 3410-000 | | 36,156.62 | 971,247.79 |
| 01/12/18 | 10139 | CORDES & COMPANY, INC | accountant expenses | 3420-000 | | 43.81 | 971,203.98 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,571.34 | 969,632.64 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,301.69 | 968,330.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,392.80 | 966,938.15 |
| 04/04/18 | 10140 | James T. Burghardt | Mediator Fees | 3721-000 | | 5,000.00 | 961,938.15 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,341.56 | 960,596.59 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,519.97 | 959,076.62 |
| 06/14/18 | 10141 | Burghardt Mediation Works | Mediation Fees | 3721-000 | | 10,570.00 | 948,506.62 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,329.96 | 947,176.66 |
| 07/10/18 | 10142 | Spencer Fane LLP | Attorney Fees | 3210-000 | | 280,209.60 | 666,967.06 |
| 07/10/18 | 10143 | Spencer Fane LLP | Attorney Expenses | 3220-000 | | 68,367.02 | 598,600.04 |
| 07/10/18 | 10144 | Cordes & Company, Inc | Accountant Fees | 3410-000 | | 119,542.00 | 479,058.04 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,116.54 | 477,941.50 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 710.36 | 477,231.14 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 366.09 | 476,865.05 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 431.13 | 476,433.92 |
| 11/19/18 | 10145 | Cordes & Company, Inc. | Accountant fees | 3410-000 | | 21,967.53 | 454,466.39 |
| 11/26/18 | 10146 | Spencer Fane LLP | Attorney Expenses | 3220-000 | | 12,205.14 | 442,261.25 |
| 11/26/18 | 10147 | Cordes & Company | Accountant fees | 3410-000 | | 72,465.70 | 369,795.55 |
| 01/14/19 | 10148 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2019 FOR CASE #12-20834, Bond #016027974 | 2300-000 | | 139.00 | 369,656.55 |
| 09/12/19 | {7} | Robert Kiyosaki | settlement payment | 1149-000 | 7,500,000.00 | | 7,869,656.55 |
| 10/29/19 | 10149 | Spencer Fane LLP | attorney's fees | 3210-000 | | 924,128.10 | 6,945,528.45 |
| 10/29/19 | 10150 | Spencer Fane LLP | attorney expenses | 3220-000 | | 9,817.68 | 6,935,710.77 |
| 10/29/19 | 10151 | Cordes & Company | accountant expert witness fees | 3420-000 | | 18,769.36 | 6,916,941.41 |
| 12/03/19 | 10152 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2019 FOR CASE #12-20834, blanket bond premium Voided on 12/09/19 | 2300-000 | | 234.22 | 6,916,707.19 |
| 12/09/19 | 10152 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2019 FOR CASE #12-20834, blanket bond premium Voided: check issued on 12/03/19 | 2300-000 | | -234.22 | 6,916,941.41 |

Subtotals :    $7,500,000.00    $1,590,419.19

{} Asset reference(s)

Printed: 07/16/2020 04:50 PM    V.14.66

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 12-20834-CDP  
**Case Name:** RICH GLOBAL, LLC  

**Taxpayer ID #:** **-***4511  
**Period Ending:** 07/16/20  

**Trustee:** TRACY L. ZUBROD, Chapter 7 Trustee (700120)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $59,566,052.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/19 | 10153 | Tracy L. Zubrod | attorney's fees | 3110-000 | | 7,650.00 | 6,909,291.41 |
| 12/10/19 | 10154 | Tracy L. Zubrod | attorney expenses | 3120-000 | | 15.60 | 6,909,275.81 |
| 01/06/20 | 10155 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2020 FOR CASE #12-20834, Blanket bond premium | 2300-000 | | 2,784.89 | 6,906,490.92 |
| 01/30/20 | 10156 | Dennis & Company, P.C. | accountant fees | 3410-000 | | 4,543.00 | 6,901,947.92 |
| 05/26/20 | 10157 | TRACY L. ZUBROD, Chapter 7 Trustee | Dividend paid 100.00% on $318,930.27, Trustee Compensation;  Reference: | 2100-000 | | 318,930.27 | 6,583,017.65 |
| 05/26/20 | 10158 | TRACY L. ZUBROD, Chapter 7 Trustee | Dividend paid 100.00% on $1,319.43, Trustee Expenses;  Reference: | 2200-000 | | 1,319.43 | 6,581,698.22 |
| 05/26/20 | 10159 | The Marantz Law Firm as attorneys for PRG | Dividend paid 100.00% on $125,000.00; Claim# 3; Filed: $287,213.19; Reference: | 5200-000 | | 125,000.00 | 6,456,698.22 |
| 05/26/20 | 10160 | Debevoise & Plimpton LLP | Dividend paid  27.25% on $23,690,999.41; Claim# 1; Filed: $23,690,999.41; Reference: Stopped on 06/17/20 | 7100-000 | | 6,456,698.22 | 0.00 |
| 06/17/20 | 10160 | Debevoise & Plimpton LLP | Dividend paid  27.25% on $23,690,999.41; Claim# 1; Filed: $23,690,999.41; Reference: Stopped: check issued on 05/26/20 | 7100-000 | | -6,456,698.22 | 6,456,698.22 |
| 06/17/20 | 10161 | Debevoise & Plimpton LLP | distribution to creditor | 7100-000 | | 6,456,698.22 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,855,958.92 | 9,855,958.92 | $0.00 |
| | | | Less: Bank Transfers | | 10,730.52 | 0.00 | |
| | | | Subtotal | | 9,845,228.40 | 9,855,958.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,845,228.40 | $9,855,958.92 | |

Net Receipts :  9,856,008.92  
Net Estate :  $9,856,008.92

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******41-66 | 10,780.52 | 50.00 | 0.00 |
| Checking # ******5766 | 9,845,228.40 | 9,855,958.92 | 0.00 |
| | $9,856,008.92 | $9,856,008.92 | $0.00 |

{} Asset reference(s)